**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA    **Category No.** II    **Investigating Agency** FDA; HSI

**City:** _____
**County:** _____

**Related Case Information:**
- Superseding Ind./ Inf.: _____  Case No.: _____
- Same Defendant: _____  New Defendant: _____
- Magistrate Judge Case Number: 24-4303; 24-4305
- Search Warrant Case Number: 24-4303; 24-4305
- R 20/R 40 from District of: _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☑ No

**Defendant Information:**

- Defendant Name: Rebecca Fadanelli    Juvenile: ☐ Yes ☑ No
- Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
- Alias Name: Rebecca Daley, Rebecca F Daley, Rebecca H Daley, Rebecca H Fadanelli-Daley
- Address: 155 York St, Stoughton, MA 02072, United States
- Birth date (Yr only): 1986   SSN (last 4#): 5369   Sex: F   Race: _____   Nationality: _____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information**

- AUSA: Leslie Wright; Sarah Hoefle   Bar Number if applicable: 713920

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** 11/01/2024

- ☐ Already in Federal Custody as of _____ in _____ .
- ☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
- ☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/31/2024    Signature of AUSA: /s/ Leslie A. Wright

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Rebecca Fadanelli

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 545 | Smuggling goods into the United States | 1 |
| Set 2 | 21 U.S.C. § 331(i)(3) | Sale or dispensing of a counterfeit drug | 2 |
| Set 3 | 21 U.S.C. § 331(fff)(3) | Sale or dispensing of a counterfeit device | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**