| CustomerID | TOTAL |
|---|---|
| 152592242 | $ 300.00 |
| 158547471 | $ 350.00 |
| 92335677 | $ 400.00 |
| 137146716 | $ 500.00 |
| 93407718 | $ 400.00 |
| 116968300 | $ 1,230.00 |
| 121802600 | $ 2,040.20 |
| 98072980 | $ 645.00 |
| 158741634 | $ 350.00 |
| 112360262 | $ 650.00 |
| 93285089 | $ 221.37 |
| 92338064 | $ 480.00 |
| 51394420 | $ 630.00 |
| 92336988 | $ 300.00 |
| 92338120 | $ 1,000.00 |
| 92337750 | $ 350.00 |
| 120006891 | $ 1,050.00 |
| 157147588 | $ 200.00 |
| 120384101 | $ 350.00 |
| 92336421 | $ 2,750.00 |
| 100292982 | $ 350.00 |
| 94680373 | $ 975.00 |
| 105647414 | $ 413.00 |
| 92336577 | $ 350.00 |
| 92336699 | $ 1,500.00 |
| 154452549 | $ 750.00 |
| 92696538 | $ 1,375.00 |
| 167191785 | $ 350.00 |
| 146533635 | $ 760.00 |
| 141154310 | $ 2,100.00 |
| 97368434 | $ 412.25 |
| 92336924 | $ 550.00 |
| 142380166 | $ 400.00 |
| 102891942 | $ 450.00 |
| 108549309 | $ 1,050.00 |
| 132602483 | $ 1,050.00 |
| 69947198 | $ 1,400.00 |
| 147723212 | $ 350.00 |
| 130114740 | $ 2,520.00 |
| 92335575 | $ 600.00 |
| 163499130 | $ 802.50 |
| 150322650 | $ 350.00 |
| 134585063 | $ 4,530.83 |
| 110505022 | $ 200.00 |
| 151123834 | $ 525.00 |
| 151124085 | $ 175.00 |

| | | |
|---|---|---|
| 120333926 | $ | 1,300.00 |
| 92337989 | $ | 1,345.00 |
| 147728761 | $ | 460.00 |
| 122331642 | $ | 402.50 |
| 164365360 | $ | 3,212.75 |
| 134938386 | $ | 490.00 |
| 114380905 | $ | 1,452.50 |
| 129560624 | $ | 390.00 |
| 87568365 | $ | 358.00 |
| 102581223 | $ | 600.00 |
| 121013527 | $ | 350.00 |
| 118532149 | $ | 1,650.00 |
| 96625129 | $ | 360.00 |
| 137776840 | $ | 800.00 |
| 92337780 | $ | 700.00 |
| 92335859 | $ | 1,755.00 |
| 116939852 | $ | 350.00 |
| 92336087 | $ | 1,750.00 |
| 92337824 | $ | 480.00 |
| 79424068 | $ | 350.00 |
| 117161796 | $ | 1,050.00 |
| 124205106 | $ | 350.00 |
| 92336339 | $ | 2,040.00 |
| 120375702 | $ | 920.62 |
| 95646927 | $ | 550.00 |
| 95611665 | $ | 1,050.00 |
| 131786969 | $ | 250.00 |
| 132628895 | $ | 340.00 |
| 94400326 | $ | 350.00 |
| 92338155 | $ | 400.00 |
| 84840617 | $ | 1,150.00 |
| 133839628 | $ | 4,505.00 |
| 92337783 | $ | 2,697.90 |
| 93140487 | $ | 351.00 |
| 92336552 | $ | 600.00 |
| 96748551 | $ | 1,050.00 |
| 92335741 | $ | 207.00 |
| 21968128 | $ | 1,950.00 |
| 124098394 | $ | 625.00 |
| 92337776 | $ | 500.00 |
| 92336427 | $ | 700.00 |
| 8982620 | $ | 180.00 |
| 92907204 | $ | 350.00 |
| 129990862 | $ | 750.00 |
| 130119852 | $ | 750.00 |
| 152505017 | $ | 350.00 |
| 113689991 | $ | 1,850.00 |

| | | |
|---|---|---|
| 90678455 | $ | 1,155.00 |
| 113719922 | $ | 350.00 |
| 92335809 | $ | 230.00 |
| 92336659 | $ | 1,300.00 |
| 169426504 | $ | 350.00 |
| 118668897 | $ | 275.00 |
| 92336002 | $ | 400.00 |
| 130102215 | $ | 500.00 |
| 91596097 | $ | 350.00 |
| 155864370 | $ | 300.00 |
| 92336970 | $ | 1,155.00 |
| 92335486 | $ | 350.00 |
| 68169439 | $ | 300.00 |
| 92336065 | $ | 1,060.00 |
| 118865539 | $ | 1,077.00 |
| 92336748 | $ | 4,545.00 |
| 97438353 | $ | 350.00 |
| 92335532 | $ | 2,676.25 |
| 104156325 | $ | 540.00 |
| 98528887 | $ | 780.00 |
| 98163791 | $ | 1,742.50 |
| 107246452 | $ | 783.00 |
| 157112149 | $ | 350.00 |
| 113719843 | $ | 700.00 |
| 133552075 | $ | 350.00 |
| 122216539 | $ | 350.00 |
| 146270487 | $ | 350.00 |
| 118301850 | $ | 350.00 |
| 98991774 | $ | 300.00 |
| 93477307 | $ | 250.00 |
| 121485999 | $ | 2,138.85 |
| 92336205 | $ | 1,050.00 |
| 165461652 | $ | 1,390.00 |
| 157490072 | $ | 350.00 |
| 151631987 | $ | 350.00 |
| 92337087 | $ | 200.00 |
| 147112652 | $ | 359.00 |
| 162377036 | $ | 350.00 |
| 92336175 | $ | 350.00 |
| 131186997 | $ | 772.50 |
| 146435722 | $ | 1,850.00 |
| 138388650 | $ | 690.00 |
| 150844012 | $ | 360.00 |
| 92335702 | $ | 2,200.00 |
| 92337134 | $ | 2,950.00 |
| 92337230 | $ | 3,090.00 |
| 101189701 | $ | 900.00 |

| | | |
|---|---|---|
| 97398285 | $ | 300.00 |
| 51275602 | $ | 700.00 |
| 92336351 | $ | 2,650.00 |
| 102663216 | $ | 375.00 |
| 84837904 | $ | 172.50 |
| 92337016 | $ | 220.00 |
| 173164119 | $ | 300.00 |
| 92335912 | $ | 950.00 |
| 121558432 | $ | 860.00 |
| 103929817 | $ | 1,900.00 |
| 92336328 | $ | 3,150.00 |
| 113341726 | $ | 1,000.00 |
| 107670858 | $ | 1,010.00 |
| 148350661 | $ | 450.00 |
| 155749012 | $ | 340.00 |
| 91326168 | $ | 2,860.00 |
| 105825386 | $ | 1,750.00 |
| 131227195 | $ | 150.00 |
| 92336350 | $ | 130.00 |
| 152173795 | $ | 2,650.00 |
| 117053551 | $ | 800.00 |
| 92336967 | $ | 650.00 |
| 112900560 | $ | 264.00 |
| 124736904 | $ | 1,980.00 |
| 140148305 | $ | 350.00 |
| 150259494 | $ | 900.00 |
| 129479393 | $ | 1,005.00 |
| 158374808 | $ | 350.00 |
| 101162428 | $ | 1,750.00 |
| 122187183 | $ | 1,050.00 |
| 32520323 | $ | 1,165.00 |
| 158291655 | $ | 700.00 |
| 121571187 | $ | 635.00 |
| 158079660 | $ | 350.00 |
| 124465543 | $ | 450.00 |
| 104068812 | $ | 945.00 |
| 99161072 | $ | 450.00 |
| 136260353 | $ | 350.00 |
| 132530575 | $ | 1,050.00 |
| 59030360 | $ | 600.00 |
| 93124663 | $ | 345.00 |
| 102788470 | $ | 715.00 |
| 92336501 | $ | 630.00 |
| 93468471 | $ | 3,950.00 |
| 149916644 | $ | 1,750.00 |
| 115362485 | $ | 250.00 |
| 98921652 | $ | 300.00 |

| | | |
|---|---|---|
| 109236699 | $ | 550.00 |
| 137776728 | $ | 3,325.00 |
| 156020130 | $ | 350.00 |
| 102784848 | $ | 950.00 |
| 132959841 | $ | 1,050.00 |
| 151075695 | $ | 600.00 |
| 118576415 | $ | 400.00 |
| 93583288 | $ | 402.50 |
| 92337112 | $ | 413.00 |
| 109043307 | $ | 1,775.00 |
| 109470520 | $ | 350.00 |
| 92336147 | $ | 350.00 |
| 105548382 | $ | 650.00 |
| 99224279 | $ | 710.00 |
| 92336729 | $ | 800.00 |
| 129082177 | $ | 350.00 |
| 161455818 | $ | 350.00 |
| 92336311 | $ | 700.00 |
| 99698814 | $ | 1,050.00 |
| 131704209 | $ | 350.00 |
| 92826167 | $ | 360.00 |
| 92337248 | $ | 2,362.50 |
| 92337991 | $ | 2,475.00 |
| 111833014 | $ | 350.00 |
| 92335629 | $ | 672.50 |
| 99545532 | $ | 650.00 |
| 92338154 | $ | 260.00 |
| 118532432 | $ | 1,650.00 |
| 98932761 | $ | 950.00 |
| 92336785 | $ | 2,387.50 |
| 140888064 | $ | 750.00 |
| 92336763 | $ | 100.00 |
| 92337060 | $ | 1,450.00 |
| 92336114 | $ | 248.40 |
| 166912030 | $ | 350.00 |
| 106897665 | $ | 1,397.77 |
| 155481846 | $ | 700.00 |
| 93153457 | $ | 1,800.00 |
| 161777311 | $ | 2,100.00 |
| 92336222 | $ | 600.00 |
| 92337243 | $ | 600.00 |
| 92337643 | $ | 350.00 |
| 92335673 | $ | 400.00 |
| 108921057 | $ | 1,120.00 |
| 103270988 | $ | 4,982.00 |
| 141261038 | $ | 700.00 |
| 121069908 | $ | 1,225.00 |

| | | |
|---|---|---|
| 127195243 | $ | 1,400.00 |
| 109095253 | $ | 175.00 |
| 114642945 | $ | 1,050.00 |
| 138872322 | $ | 1,150.00 |
| 123877451 | $ | 625.00 |
| 129156004 | $ | 500.00 |
| 109505841 | $ | 1,100.00 |
| 101374902 | $ | 350.00 |
| 92337682 | $ | 1,250.00 |
| 108642921 | $ | 350.00 |
| 92337680 | $ | 1,850.00 |
| 126303825 | $ | 2,800.00 |
| 130260383 | $ | 1,800.00 |
| 105090748 | $ | 800.00 |
| 92337829 | $ | 3,250.00 |
| 92336695 | $ | 1,980.00 |
| 118291940 | $ | 350.00 |
| 119080683 | $ | 2,025.00 |
| 92338013 | $ | 525.00 |
| 92337671 | $ | 350.00 |
| 100787723 | $ | 402.50 |
| 92337979 | $ | 2,365.00 |
| 140813900 | $ | 1,350.00 |
| 164679580 | $ | 250.00 |
| 131186941 | $ | 950.00 |
| 159523706 | $ | 350.00 |
| 105886357 | $ | 300.00 |
| 114810120 | $ | 700.00 |
| 92335612 | $ | 4,626.00 |
| 158972079 | $ | 350.00 |
| 104154981 | $ | 1,275.00 |
| 151049377 | $ | 700.00 |
| 157587390 | $ | 350.00 |
| 96733994 | $ | 1,394.50 |
| 109931621 | $ | 900.00 |
| 109355858 | $ | 650.00 |
| 92335824 | $ | 300.00 |
| 141440757 | $ | 3,140.00 |
| 106446169 | $ | 700.00 |
| 123415115 | $ | 350.00 |
| 92336412 | $ | 1,299.00 |
| 100756939 | $ | 975.00 |
| 122338097 | $ | 3,847.50 |
| 165323798 | $ | 350.00 |
| 117109669 | $ | 350.00 |
| 117204518 | $ | 700.00 |
| 92335684 | $ | 450.00 |

| | | |
|---|---|---|
| 116954759 | $ | 100.00 |
| 92335947 | $ | 2,150.00 |
| 137377881 | $ | 175.00 |
| 93125209 | $ | 450.00 |
| 133480244 | $ | 700.00 |
| 91494377 | $ | 1,920.00 |
| 94947380 | $ | 1,150.00 |
| 121707976 | $ | 450.00 |
| 92337043 | $ | 260.00 |
| 95093677 | $ | 1,177.00 |
| 92337714 | $ | 4,470.00 |
| 99757941 | $ | 3,272.50 |
| 92933499 | $ | 3,628.50 |
| 91296224 | $ | 50.00 |
| 125768454 | $ | 1,025.00 |
| 92338066 | $ | 700.00 |
| 92336321 | $ | 350.00 |
| 92707939 | $ | 350.00 |
| 164440638 | $ | 350.00 |
| 117826028 | $ | 400.00 |
| 92337195 | $ | 2,300.00 |
| 102769703 | $ | 350.00 |
| 131234579 | $ | 1,100.00 |
| 92338140 | $ | 2,750.00 |
| 67014805 | $ | 1,050.00 |
| 92336072 | $ | 1,385.00 |
| 119814613 | $ | 450.00 |
| 105865155 | $ | 790.00 |
| 111554201 | $ | 825.00 |
| 92335508 | $ | 300.00 |
| 102438155 | $ | 650.00 |
| 145287030 | $ | 1,371.57 |
| 106334463 | $ | 700.00 |
| 111221759 | $ | 1,550.00 |
| 105868152 | $ | 763.00 |
| 128176557 | $ | 700.00 |
| 121125450 | $ | 350.00 |
| 136119359 | $ | 1,400.00 |
| 85168249 | $ | 67.20 |
| 105868065 | $ | 1,487.50 |
| 171389525 | $ | 450.00 |
| 100083344 | $ | 606.67 |
| 96897185 | $ | 350.00 |
| 103278063 | $ | 480.00 |
| 102154649 | $ | 1,600.00 |
| 92335864 | $ | 700.00 |
| 105095431 | $ | 1,400.00 |

| | | |
|---|---|---|
| 43046065 | $ | 1,750.00 |
| 121737702 | $ | 287.50 |
| 92335732 | $ | 300.00 |
| 94612867 | $ | 3,425.00 |
| 103281159 | $ | 300.00 |
| 133186420 | $ | 700.00 |
| 92337108 | $ | 303.34 |
| 93165862 | $ | 700.00 |
| 109178758 | $ | 950.00 |
| 71938739 | $ | 2,150.00 |
| 151923294 | $ | 350.00 |
| 125604760 | $ | 5,650.00 |
| 129806528 | $ | 360.00 |
| 118662907 | $ | 300.00 |
| 145370381 | $ | 1,050.00 |
| 99909749 | $ | 350.00 |
| 92933429 | $ | 1,900.00 |
| 120701810 | $ | 650.00 |
| 92933420 | $ | 2,375.00 |
| 143625054 | $ | 350.00 |
| 97711143 | $ | 405.00 |
| 130779715 | $ | 800.00 |
| 93829746 | $ | 1,450.00 |
| 92336622 | $ | 1,350.00 |
| 96742122 | $ | 300.00 |
| 119998726 | $ | 350.00 |
| 115834107 | $ | 150.00 |
| 147123570 | $ | 1,750.00 |
| 148500086 | $ | 300.00 |
| 129161794 | $ | 510.00 |
| 121297085 | $ | 700.00 |
| 106998614 | $ | 1,125.00 |
| 129797972 | $ | 640.00 |
| 92336502 | $ | 200.00 |
| 132276243 | $ | 700.00 |
| 123580398 | $ | 350.00 |
| 97348764 | $ | 345.00 |
| 92336676 | $ | 1,000.00 |
| 116268520 | $ | 650.00 |
| 59950603 | $ | 3,350.00 |
| 92337946 | $ | 900.00 |
| 92338010 | $ | 850.00 |
| 104501409 | $ | 950.00 |
| 92335802 | $ | 2,000.00 |
| 121726379 | $ | 400.00 |
| 110170656 | $ | 350.00 |
| 128968558 | $ | 3,500.00 |

| | | |
|---|---|---|
| 91326117 | $ | 3,750.00 |
| 92337046 | $ | 650.00 |
| 92335631 | $ | 400.00 |
| 101353564 | $ | 400.00 |
| 99024028 | $ | 600.00 |
| 109650845 | $ | 1,360.00 |
| 54599306 | $ | 360.00 |
| 92933724 | $ | 2,160.00 |
| 122359058 | $ | 2,602.50 |
| 97686957 | $ | 2,100.00 |
| 150310545 | $ | 300.00 |
| 139769312 | $ | 3,418.50 |
| 150764515 | $ | 350.00 |
| 115935364 | $ | 525.00 |
| 55848580 | $ | 450.00 |
| 119037587 | $ | 1,410.00 |
| 118955783 | $ | 402.50 |
| 92336520 | $ | 345.00 |
| 92336751 | $ | 500.00 |
| 92336105 | $ | 4,000.00 |
| 94362630 | $ | 350.00 |
| 111791353 | $ | 1,022.50 |
| 93172537 | $ | 758.43 |
| 91326393 | $ | 300.00 |
| 148146628 | $ | 5,393.28 |
| 105997896 | $ | 350.00 |
| 146097871 | $ | 1,065.00 |
| 129431053 | $ | 350.00 |
| 125267987 | $ | 300.00 |
| 147901000 | $ | 150.00 |
| 99861898 | $ | 180.00 |
| 122366076 | $ | 700.00 |
| 99133292 | $ | 150.00 |
| 92337128 | $ | 600.00 |
| 153948868 | $ | 472.00 |
| 92335910 | $ | 1,689.00 |
| 92336004 | $ | 500.00 |
| 92336142 | $ | 1,650.00 |
| 92564109 | $ | 350.00 |
| 106914881 | $ | 650.00 |
| 120963115 | $ | 450.00 |
| 20493406 | $ | 1,350.00 |
| 92336081 | $ | 472.73 |
| 124191389 | $ | 350.00 |
| 92337918 | $ | 345.00 |
| 156879502 | $ | 800.00 |
| 137777964 | $ | 1,050.00 |

| | | |
|---|---|---|
| 113017067 | $ | 650.00 |
| 92713804 | $ | 2,900.00 |
| 92336899 | $ | 7,488.62 |
| 146853864 | $ | 350.00 |
| 92336863 | $ | 820.00 |
| 92336252 | $ | 350.00 |
| 93709848 | $ | 350.00 |
| 132602605 | $ | 650.00 |
| 92336954 | $ | 2,260.00 |
| 122909389 | $ | 750.00 |
| 92940810 | $ | 1,350.00 |
| 108523454 | $ | 6,010.00 |
| 146313644 | $ | 700.00 |
| 146423625 | $ | 450.00 |
| 92336798 | $ | 7,122.00 |
| 126650296 | $ | 500.00 |
| 146128032 | $ | 700.00 |
| 31558898 | $ | 642.50 |
| 115526630 | $ | 750.00 |
| 104072464 | $ | 1,488.00 |
| 126083764 | $ | 700.00 |
| 94513661 | $ | 400.00 |
| 111878948 | $ | 350.00 |
| 148310415 | $ | 300.00 |
| 92335753 | $ | 1,150.00 |
| 94478674 | $ | 450.00 |
| 129135200 | $ | 840.00 |
| 126454418 | $ | 690.00 |
| 120581981 | $ | 50.00 |
| 133212090 | $ | 357.50 |
| 109471919 | $ | 1,932.35 |
| 149648281 | $ | 150.00 |
| 121149268 | $ | 2,690.00 |
| 165415860 | $ | 700.00 |
| 94649392 | $ | 1,090.00 |
| 103775198 | $ | 350.00 |
| 161960047 | $ | 700.00 |
| 148255624 | $ | 925.00 |
| 92933514 | $ | 1,070.00 |
| 99496329 | $ | 300.00 |
| 86405611 | $ | 250.00 |
| 67681016 | $ | 1,620.50 |
| 145950355 | $ | 700.00 |
| 92336914 | $ | 650.00 |
| 120909994 | $ | 625.00 |
| 122009010 | $ | 268.75 |
| 15140200 | $ | 550.00 |

| | | |
|---|---|---|
| 92335772 | $ | 250.00 |
| 92335699 | $ | 350.00 |
| 121586165 | $ | 450.00 |
| 92336503 | $ | 1,052.00 |
| 111772939 | $ | 395.00 |
| 92337888 | $ | 1,703.50 |
| 105504824 | $ | 350.00 |
| 20640132 | $ | 700.00 |
| 111429039 | $ | 2,450.00 |
| 105867737 | $ | 450.00 |
| 92335892 | $ | 665.00 |
| 92933600 | $ | 350.00 |
| 108947078 | $ | 300.00 |
| 92337642 | $ | 3,677.50 |
| 107553060 | $ | 3,690.00 |
| 112029290 | $ | 350.00 |
| 96795750 | $ | 420.00 |
| 112245013 | $ | 2,020.00 |
| 108820060 | $ | 5,342.50 |
| 103033815 | $ | 3,100.00 |
| 92336088 | $ | 1,400.00 |
| 20466396 | $ | 650.00 |
| 38121734 | $ | 300.00 |
| 168008506 | $ | 100.00 |
| 115565651 | $ | 180.00 |
| 92336944 | $ | 650.00 |
| 101036940 | $ | 1,055.00 |
| 119947544 | $ | 1,200.00 |
| 92336901 | $ | 350.00 |
| 98323439 | $ | 700.00 |
| 92338172 | $ | 161.25 |
| 100716295 | $ | 300.00 |
| 111241966 | $ | 300.00 |
| 98523158 | $ | 1,865.68 |
| 123580360 | $ | 1,055.00 |
| 123529283 | $ | 150.00 |
| 92336125 | $ | 1,650.00 |
| 107417286 | $ | 1,821.45 |
| 151496978 | $ | 1,200.00 |
| 163449174 | $ | 777.50 |
| 132518567 | $ | 700.00 |
| 92336990 | $ | 350.00 |
| 98359683 | $ | 2,150.00 |
| 121481762 | $ | 350.00 |
| 105647473 | $ | 413.00 |
| 119426823 | $ | 700.00 |
| 122757467 | $ | 3,450.00 |

| | |
|---|---|
| 92336519 | $ 350.00 |
| 122177649 | $ 525.00 |
| 96601521 | $ 1,679.00 |
| 135193342 | $ 1,913.92 |
| 102788203 | $ 1,220.00 |
| 120312662 | $ 177.00 |
| 103819981 | $ 1,000.00 |
| 118942817 | $ 1,000.00 |
| 91297697 | $ 2,950.00 |
| 124583775 | $ 525.00 |
| 130192482 | $ 720.00 |
| 127867302 | $ 1,050.00 |
| 148008819 | $ 1,750.00 |
| 92337914 | $ 450.00 |
| 105099172 | $ 1,950.00 |
| 136319352 | $ 550.00 |
| 55800688 | $ 815.00 |
| 73972979 | $ 4,425.00 |
| 92337201 | $ 2,930.00 |
| 98167245 | $ 900.00 |
| 92336394 | $ 4,950.00 |
| 99354378 | $ 2,683.50 |
| 108549497 | $ 2,750.00 |
| 164978900 | $ 1,075.00 |
| 101762763 | $ 700.00 |
| 122418785 | $ 450.00 |
| 165152629 | $ 1,050.00 |
| 100521350 | $ 750.00 |
| 92336512 | $ 1,400.00 |
| 170505306 | $ 350.00 |
| 65396596 | $ 1,750.00 |
| 155753937 | $ 350.00 |
| 92337710 | $ 413.00 |
| 75964205 | $ 350.00 |
| 157486922 | $ 350.00 |
| 142190381 | $ 520.00 |
| 110052835 | $ 1,000.00 |
| 139966956 | $ 545.00 |
| 103814220 | $ 1,550.00 |
| 133129462 | $ 550.00 |
| 96087435 | $ 5,550.00 |
| 167585666 | $ 650.00 |
| 104350749 | $ 180.00 |
| 105610626 | $ 2,100.00 |
| 92336085 | $ 1,627.50 |
| 122874563 | $ 2,300.00 |
| 158886324 | $ 350.00 |

| | | |
|---|---|---|
| 149671121 | $ | 750.00 |
| 124810720 | $ | 350.00 |
| 122970150 | $ | 1,950.00 |
| 92941335 | $ | 4,440.00 |
| 165903551 | $ | 300.00 |
| 111839118 | $ | 350.00 |
| 92337099 | $ | 1,785.00 |
| 162635942 | $ | 1,540.02 |
| 91595450 | $ | 750.00 |
| 150858484 | $ | 350.00 |
| 92336471 | $ | 350.00 |
| 98248495 | $ | 200.00 |
| 92337882 | $ | 5,400.00 |
| 92338072 | $ | 3,635.00 |
| 92336889 | $ | 1,045.00 |
| 121128455 | $ | 100.00 |
| 63669501 | $ | 350.00 |
| 144460103 | $ | 600.00 |
| 126216052 | $ | 350.00 |
| 92335531 | $ | 1,250.00 |
| 106289121 | $ | 780.00 |
| 106821418 | $ | 950.00 |
| 153020402 | $ | 350.00 |
| 115171065 | $ | 1,075.00 |
| 92336472 | $ | 950.00 |
| 92337711 | $ | 1,897.13 |
| 145027038 | $ | 350.00 |
| 92336943 | $ | 350.00 |
| 96793785 | $ | 300.00 |
| 165182582 | $ | 700.00 |
| 100979762 | $ | 700.00 |
| 87727622 | $ | 650.00 |
| 92336161 | $ | 700.00 |
| 122758162 | $ | 275.00 |
| 92336951 | $ | 200.00 |
| 116327721 | $ | 1,050.00 |
| 103776285 | $ | 1,092.50 |
| 105963567 | $ | 118.00 |
| 95992784 | $ | 420.00 |
| 24816237 | $ | 500.00 |
| 99134457 | $ | 1,050.00 |
| 104061694 | $ | 350.00 |
| 92335987 | $ | 840.00 |
| 102690985 | $ | 350.00 |
| 162735363 | $ | 700.00 |
| 162300509 | $ | 350.00 |
| 121571041 | $ | 510.00 |

| | | |
|---|---|---|
| 121570987 | $ | 275.00 |
| 157473772 | $ | 350.00 |
| 51669666 | $ | 600.00 |
| 92338005 | $ | 752.50 |
| 92338133 | $ | 100.00 |
| 92336094 | $ | 515.00 |
| 170025078 | $ | 175.00 |
| 92319903 | $ | 600.00 |
| 102891353 | $ | 300.00 |
| 92335990 | $ | 1,425.00 |
| 126185599 | $ | 316.25 |
| 99354460 | $ | 472.00 |
| 150036568 | $ | 700.00 |
| 114638206 | $ | 386.00 |
| 102515321 | $ | 410.00 |
| 107536186 | $ | 355.00 |
| 155217507 | $ | 350.00 |
| 147399606 | $ | 1,500.00 |
| 121571215 | $ | 625.00 |
| 141198082 | $ | 700.00 |
| 92336420 | $ | 1,050.00 |
| 110844209 | $ | 1,750.00 |
| 92337738 | $ | 250.00 |
| 129161720 | $ | 645.00 |
| 92337891 | $ | 1,350.00 |
| 92335577 | $ | 900.00 |
| 92335525 | $ | 600.00 |
| 93232715 | $ | 550.00 |
| 104364163 | $ | 1,050.00 |
| 109344332 | $ | 600.00 |
| 101059420 | $ | 1,625.00 |
| 118526003 | $ | 650.00 |
| 159986652 | $ | 450.00 |
| 126234968 | $ | 2,650.00 |
| 157857610 | $ | 350.00 |
| 101514268 | $ | 402.50 |
| 118550103 | $ | 1,420.00 |
| 129363496 | $ | 700.00 |
| 111292635 | $ | 650.00 |
| 128512468 | $ | 1,440.00 |
| 92336025 | $ | 350.00 |
| 103087648 | $ | 1,102.50 |
| 126745643 | $ | 350.00 |
| 107289397 | $ | 1,110.00 |
| 154954053 | $ | 350.00 |
| 92336682 | $ | 944.00 |
| 109229262 | $ | 1,850.00 |

| | | |
|---|---|---|
| 99213677 | $ | 3,450.00 |
| 92335978 | $ | 1,763.00 |
| 94988724 | $ | 1,800.00 |
| 127447873 | $ | 350.00 |
| 130460423 | $ | 1,050.00 |
| 103017520 | $ | 1,055.00 |
| 123011306 | $ | 976.67 |
| 131228025 | $ | 700.00 |
| 92336388 | $ | 350.00 |
| 91327593 | $ | 1,800.00 |
| 106594569 | $ | 402.50 |
| 103843516 | $ | 1,850.00 |
| 92336213 | $ | 750.00 |
| 124515974 | $ | 350.00 |
| 92337205 | $ | 2,500.00 |
| 111252612 | $ | 1,250.00 |
| 92336041 | $ | 1,050.00 |
| 114658434 | $ | 350.00 |
| 92335770 | $ | 800.00 |
| 105403473 | $ | 450.00 |
| 92337876 | $ | 350.00 |
| 110218209 | $ | 1,460.00 |
| 119025789 | $ | 360.00 |
| 92335945 | $ | 1,260.00 |
| 104361061 | $ | 1,825.00 |
| 109494581 | $ | 607.15 |
| 140952673 | $ | 720.00 |
| 122126918 | $ | 450.00 |
| 111784274 | $ | 275.00 |
| 92826430 | $ | 1,710.00 |
| 102780968 | $ | 875.00 |
| 92335514 | $ | 370.00 |
| 92337874 | $ | 800.00 |
| 92338087 | $ | 300.00 |
| 106519738 | $ | 1,127.50 |
| 93208796 | $ | 663.00 |
| 92337245 | $ | 316.25 |
| 92336380 | $ | 1,052.50 |
| 154085047 | $ | 2,450.00 |
| 110886133 | $ | 650.00 |
| 163629728 | $ | 350.00 |
| 114638307 | $ | 1,060.00 |
| 98510859 | $ | 300.00 |
| 92335657 | $ | 7,400.00 |
| 109070881 | $ | 1,904.00 |
| 92337223 | $ | 402.50 |
| 101191415 | $ | 1,080.00 |

| | | |
|---|---|---|
| 154133025 | $ | 350.00 |
| 125904597 | $ | 1,075.00 |
| 92336697 | $ | 600.00 |
| 115267767 | $ | 150.00 |
| 114655662 | $ | 150.00 |
| 112683407 | $ | 740.00 |
| 130944461 | $ | 350.00 |
| 97845894 | $ | 1,250.00 |
| 92336964 | $ | 2,715.00 |
| 119242193 | $ | 700.00 |
| 119330882 | $ | 1,112.50 |
| 105706376 | $ | 800.00 |
| 94235860 | $ | 105.00 |
| 126124754 | $ | 1,500.00 |
| 108433815 | $ | 1,250.00 |
| 168595473 | $ | 450.00 |
| 92337640 | $ | 300.00 |
| 92335526 | $ | 450.00 |
| 162092879 | $ | 350.00 |
| 160648880 | $ | 745.00 |
| 103670796 | $ | 370.00 |
| 106727179 | $ | 350.00 |
| 105644271 | $ | 637.50 |
| 92336606 | $ | 2,500.00 |
| 92337023 | $ | 2,250.00 |
| 92337212 | $ | 1,800.00 |
| 92338073 | $ | 2,275.00 |
| 92337758 | $ | 300.00 |
| 130274245 | $ | 300.00 |
| 127191598 | $ | 1,500.00 |
| 166070976 | $ | 700.00 |
| 32362564 | $ | 475.00 |
| 125862895 | $ | 300.00 |
| 114643650 | $ | 413.00 |
| 149916455 | $ | 350.00 |
| 92336616 | $ | 3,260.00 |
| 92336145 | $ | 1,400.00 |
| 118330242 | $ | 350.00 |
| 166076062 | $ | 350.00 |
| 94866090 | $ | 300.00 |
| 96319550 | $ | 400.00 |
| 129036407 | $ | 500.00 |
| 127314465 | $ | 1,700.00 |
| 120954771 | $ | 350.00 |
| 108445520 | $ | 1,350.00 |
| 96458329 | $ | 950.00 |
| 92336344 | $ | 1,600.00 |

| | | |
|---|---|---|
| 157749164 | $ | 250.00 |
| 98648836 | $ | 715.00 |
| 92335965 | $ | 700.00 |
| 100576684 | $ | 345.00 |
| 139116427 | $ | 800.00 |
| 92337213 | $ | 1,860.00 |
| 158176066 | $ | 3,955.00 |
| 92337743 | $ | 350.00 |
| 98699887 | $ | 850.00 |
| 95737223 | $ | 100.00 |
| 92335467 | $ | 300.00 |
| 94177965 | $ | 390.00 |
| 103169177 | $ | 300.00 |
| 165174190 | $ | 346.00 |
| 133096911 | $ | 1,050.00 |
| 158947264 | $ | 350.00 |
| 92336993 | $ | 650.00 |
| 92337104 | $ | 544.00 |
| 99900781 | $ | 1,050.00 |
| 92335953 | $ | 700.00 |
| 92337889 | $ | 200.00 |
| 92336135 | $ | 1,300.00 |
| 104799215 | $ | 350.00 |
| 96750323 | $ | 420.00 |
| 153565414 | $ | 900.00 |
| 82063146 | $ | 350.00 |
| 163445083 | $ | 150.00 |
| 132202508 | $ | 1,950.00 |
| 138109637 | $ | 3,821.00 |
| 85168314 | $ | 350.00 |
| 92337663 | $ | 747.50 |
| 92336062 | $ | 350.00 |
| 63566714 | $ | 980.00 |
| 151137860 | $ | 600.00 |
| 106342157 | $ | 2,635.56 |
| 155738540 | $ | 700.00 |
| 92337993 | $ | 300.00 |
| 126807643 | $ | 350.00 |
| 116268190 | $ | 350.00 |
| 126807746 | $ | 350.00 |
| 139127450 | $ | 752.50 |
| 126807824 | $ | 350.00 |
| 120062812 | $ | 531.00 |
| 138117271 | $ | 572.00 |
| 104501723 | $ | 700.00 |
| 118874037 | $ | 700.00 |
| 104799192 | $ | 2,350.00 |

| | | |
|---|---|---|
| 103712990 | $ | 815.50 |
| 156028365 | $ | 700.00 |
| 92337121 | $ | 750.00 |
| 44301943 | $ | 402.50 |
| 150673711 | $ | 350.00 |
| 142642830 | $ | 3,860.50 |
| 100381159 | $ | 820.00 |
| 92337719 | $ | 300.00 |
| 92335661 | $ | 2,700.00 |
| 92335764 | $ | 950.00 |
| 103003227 | $ | 1,060.00 |
| 108963701 | $ | 1,402.50 |
| 92337806 | $ | 1,500.00 |
| 92336243 | $ | 1,400.00 |
| 95016578 | $ | 750.00 |
| 93423553 | $ | 50.00 |
| 92933497 | $ | 8,705.00 |
| 123332036 | $ | 625.00 |
| 157234035 | $ | 350.00 |
| 62745595 | $ | 360.00 |
| 105858688 | $ | 200.00 |
| 149312012 | $ | 400.00 |
| 92336987 | $ | 1,800.00 |
| 111932507 | $ | 350.00 |
| 92338201 | $ | 2,990.65 |
| 92335895 | $ | 800.00 |
| 113468501 | $ | 350.00 |
| 92336397 | $ | 100.00 |
| 125009225 | $ | 700.00 |
| 53603157 | $ | 600.00 |
| 153874427 | $ | 350.00 |
| 92336075 | $ | 1,060.00 |
| 148635767 | $ | 300.00 |
| 92336948 | $ | 300.00 |
| 92337006 | $ | 1,645.00 |
| 146966655 | $ | 700.00 |
| 92335763 | $ | 750.00 |
| 92337841 | $ | 2,370.00 |
| 98758267 | $ | 700.00 |
| 114731069 | $ | 1,050.00 |
| 118237649 | $ | 700.00 |
| 130782712 | $ | 700.00 |
| 92336706 | $ | 4,450.00 |
| 96719123 | $ | 3,008.50 |
| 147509036 | $ | 600.00 |
| 123183393 | $ | 350.00 |
| 92336184 | $ | 200.00 |

| | | |
|---|---|---|
| 146192338 | $ | 700.00 |
| 119400976 | $ | 5,075.00 |
| 97306588 | $ | 3,075.00 |
| 105440128 | $ | 350.00 |
| 121718345 | $ | 2,150.00 |
| 162905157 | $ | 300.00 |
| 92336528 | $ | 1,020.00 |
| 92336392 | $ | 350.00 |
| 114719357 | $ | 350.00 |
| 140900584 | $ | 1,100.00 |
| 101814944 | $ | 1,050.00 |
| 140342141 | $ | 350.00 |
| 98945822 | $ | 967.80 |
| 114681259 | $ | 1,410.00 |
| 172014523 | $ | 350.00 |
| 137922768 | $ | 1,097.50 |
| 111914863 | $ | 350.00 |
| 130132399 | $ | 350.00 |
| 105403420 | $ | 450.00 |
| 92336680 | $ | 500.00 |
| 92336691 | $ | 900.00 |
| 92277072 | $ | 402.50 |
| 92336206 | $ | 2,300.00 |
| 119416508 | $ | 3,050.00 |
| 92335490 | $ | 1,200.00 |
| 121166553 | $ | 450.00 |
| 103387033 | $ | 2,960.00 |
| 92337075 | $ | 550.00 |
| 92642520 | $ | 1,850.00 |
| 45453685 | $ | 2,805.22 |
| 109174914 | $ | 700.00 |
| 103729776 | $ | 1,827.50 |
| 99972903 | $ | 630.00 |
| 131299128 | $ | 350.00 |
| 99098750 | $ | 950.00 |
| 104635828 | $ | 3,600.00 |
| 32742245 | $ | 300.00 |
| 148251346 | $ | 350.00 |
| 93130846 | $ | 950.00 |
| 109320418 | $ | 2,550.00 |
| 119276139 | $ | 1,700.00 |
| 9539951 | $ | 2,370.00 |
| 151620415 | $ | 350.00 |
| 92335554 | $ | 800.00 |
| 152364198 | $ | 350.00 |
| 94060514 | $ | 1,600.00 |
| 169258236 | $ | 1,031.00 |

| | | |
|---|---|---|
| 110186025 | $ | 350.00 |
| 102852454 | $ | 300.00 |
| 118967481 | $ | 650.00 |
| 105341383 | $ | 700.00 |
| 100176717 | $ | 350.00 |
| 144474744 | $ | 700.00 |
| 139806990 | $ | 350.00 |
| 158451601 | $ | 902.50 |
| 92337026 | $ | 372.50 |
| 134710719 | $ | 1,050.00 |
| 57729473 | $ | 1,050.00 |
| 92336719 | $ | 295.00 |
| 92336218 | $ | 1,500.00 |
| 107322264 | $ | 920.00 |
| 122449990 | $ | 350.00 |
| 103069037 | $ | 150.00 |
| 98760777 | $ | 300.00 |
| 97600144 | $ | 779.00 |
| 106624465 | $ | 140.00 |
| 118363623 | $ | 2,600.00 |
| 115591525 | $ | 300.00 |
| 115281264 | $ | 300.00 |
| 92336480 | $ | 500.00 |
| 96417963 | $ | 660.00 |
| 101016813 | $ | 700.00 |
| 111562886 | $ | 3,010.91 |
| 111825709 | $ | 1,350.00 |
| 123256943 | $ | 275.00 |
| 135702393 | $ | 852.50 |
| 128699032 | $ | 450.00 |
| 106594419 | $ | 300.00 |
| 116248380 | $ | 360.00 |
| 94255373 | $ | 4,215.00 |
| 145032494 | $ | 45.00 |
| 69046222 | $ | 9,640.00 |
| 92337875 | $ | 1,117.50 |
| 112022325 | $ | 945.00 |
| 99373724 | $ | 1,400.00 |
| 110243075 | $ | 925.00 |
| 108419019 | $ | 900.00 |
| 142185421 | $ | 350.00 |
| 92336781 | $ | 710.00 |
| 109073105 | $ | 250.00 |
| 113672453 | $ | 1,202.50 |
| 104499401 | $ | 800.00 |
| 92336544 | $ | 315.00 |
| 100981756 | $ | 1,100.00 |

| | |
|---|---|
| 122019369 | $ 400.00 |
| 92336386 | $ 200.00 |
| 130067864 | $ 250.00 |
| 109886925 | $ 350.00 |
| 152901767 | $ 330.00 |
| 92336734 | $ 400.00 |
| 92336789 | $ 1,400.00 |
| 92336202 | $ 250.00 |
| 92336880 | $ 1,650.00 |
| 100090993 | $ 450.00 |
| 92338044 | $ 350.00 |
| 117079376 | $ 650.00 |
| 92703584 | $ 1,800.00 |
| 161993241 | $ 350.00 |
| 133670834 | $ 1,050.00 |
| 92336346 | $ 250.00 |
| 92336489 | $ 5,100.00 |
| 101948827 | $ 350.00 |
| 92336666 | $ 900.00 |
| 129298173 | $ 950.00 |
| 104655344 | $ 900.00 |
| 132151994 | $ 700.00 |
| 148611500 | $ 350.00 |
| 116327597 | $ 3,050.00 |
| 92337163 | $ 2,450.00 |
| 95544466 | $ 2,065.50 |
| 118202886 | $ 350.00 |
| 116241112 | $ 350.00 |
| 48459306 | $ 420.00 |
| 111777651 | $ 300.00 |
| 111290260 | $ 700.00 |
| 102675828 | $ 322.50 |
| 144632126 | $ 900.00 |
| 101859767 | $ 322.50 |
| 92338060 | $ 826.66 |
| 151268129 | $ 350.00 |
| 148496853 | $ 428.75 |
| 107717923 | $ 3,885.00 |
| 97778957 | $ 950.00 |
| 91595833 | $ 350.00 |
| 97017752 | $ 350.00 |
| 158269187 | $ 763.00 |
| 137920675 | $ 300.00 |
| | **$ 1,001,562.45** |